NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EVELYN BURNEY, DOING BUSINESS AS PLOTT BAKERY PRODUCTS,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**STERLING FOODS, INC.,**
*Defendant-Appellee.*

---

2012-5088

---

Appeal from the United States Court of Federal Claims in case no. 12-CV-067, Senior Judge Eric G. Bruggink.

---

**ON MOTION**

---

**O R D E R**

Evelyn Burney moves for leave to proceed in forma pauperis and for leave to file corresponding brief on compact disc pursuant to Rule 27 (b)(d).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for leave to proceed in forma pauperis is granted.

(2) The motion for leave to file corresponding brief on compact disc is denied.

FOR THE COURT

**JUL 0 9 2012**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Evelyn T. Burney
     Carrie A. Dunsmore, Esq.
     Michael A. Gordon, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 9 2012

JAN HORBALY
CLERK